**No. 67037.**—M. B. I. Export & Import, Ltd. *v.* United States, protest 58/18914 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the variable speed control gear the subject of *Vandegrift Forwarding Co., Inc.* v. *United States* (39 Cust. Ct. 114, C.D. 1915), the claim of the plaintiff was sustained.

**No. 67038.**—W. H. S. Lloyd & Co., Inc., et al. *v.* United States, protests 61/8089, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of samples similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiffs was sustained.

**No. 67039.**—Stor-All Corp. et al. *v.* United States, protests 60/19957, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of parts of barbecue grills similar in all material respects to those the subject of Abstract 66689, the claim of the plaintiffs was sustained.